STATE OF NEW JERSEY v. WESLEY R. BOLTON.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILFREDO MELENDEZ.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BENNY HOGAN.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE MCBRIDE.

March 28, 1983.

Petition for certification denied.